CLAIR MCMULLEN, Appellant, *v.* PENNSYLVANIA RAILROAD COMPANY, Respondent.

(Argued April 17, 1935; decided May 3, 1935.)

581

*William J. Flynn* and *Philip A. Laing* for appellant.
*Harold J. Adams* and *Percy R. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.